UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MASSACHUSETTS DEPARTMENT OF CORRECTION, CAROL MICI, Commissioner of the Massachusetts Department of Correction, in her official capacity, SIRCHIE ACQUISITION CO. LLC, PREMIER BIOTECH, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) Civil Action No. ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF REMOVAL

Defendant Sirchie Acquisition Co. LLC ("Sirchie" or "Defendant"), pursuant to 28 U.S.C. §1453, removes this action to this Court, respectfully stating the following in support:

1. Sirchie is the named defendant in a civil action pending in the Superior Court of the Commonwealth of Massachusetts, Suffolk County, titled *Julian Green, Eugene Ivey, James P. McKenna, and Lisa Newman-Pol, individually and on behalf of all others similarly situated, v. Massachusetts Department of Correction, et al.*, Civil Action No. 2184CV01713 (the "Action").

2. The action is removable to this Court pursuant to 28 U.S.C. §1453 in that, as shown below, it is one over which the district courts of the United States have original jurisdiction under 28 U.S.C. §1332(d)(2), because it is filed as a class action under the Massachusetts rule similar to Fed. R. Civ. P. 23, Plaintiffs and Sirchie are citizens of different states, and the matter in controversy

allegedly exceeds the sum or value of $5,000,000.

3. Plaintiffs Julian Green, Eugene Ivey, James P. McKenna, and Lisa Newman-Polk (collectively, "Plaintiffs") are alleged to be individuals who reside in the Commonwealth of Massachusetts.

4. Sirchie is a Delaware corporation with a principal place of business in North Carolina.

5. Defendant Premier Biotech, Inc. ("Premier") is alleged to be a Minnesota corporation with a principal place of business in Minnesota.

6. Defendant Massachusetts Department of Correction ("DOC") is an agency of the Commonwealth of Massachusetts.

7. Defendant Carol Mici ("Mici") is the commissioner of the DOC.

8. Plaintiffs have alleged in the Class Action Complaint that the matter in controversy exceeds $5,000,000 as follows:

   a. Plaintiffs allege that the members of each Class "are so numerous" and "includes hundreds of individuals" based on the "thousands of Sirchie tests Premier Biotech has sold to Massachusetts DOC, including more than 1,600 NARK 20023 tests since 2018." *See* Class Action Complaint, at ¶101, annexed as **Exhibit A**.

   b. The Class Action Complaint alleges violations of M.G.L. c. 12, §11, common law negligence, and M.G.L. c. 231A, §1.

   c. Based on the foregoing three (3) causes of action, Plaintiffs seek to recover actual damages, compensatory damages, statutory damages, equitable monetary relief, attorneys' fees, costs and expenses on behalf of a class of (1) all people incarcerated in DOC facilities whose legal mail or legal paperwork is or was subject to a Sirchie

test and (2) all people who represent an individual incarcerated in DOC facilities or sent legal mail to an individual incarcerated in DOC facilities. *See* Ex. A, at ¶¶97-98, 112-113, 120-121, 126, 132, 135 and Prayer for Relief Section.

  d. Plaintiffs alleged in their Civil Action Cover Sheet that damages are at least $50,001 plus an additional amount for pain and suffering that is "to be determined." *See* Civil Action Cover Sheet, at 2, annexed as **Exhibit B**. Based on Sirchie's investigation, although Plaintiffs are not entitled to recover any of the alleged damages they are seeking, those alleged damages exceed $5 Million. Specifically, without accounting for pain and suffering or attorneys' fees and costs, if 500 class members are identified, with each receiving a minimum of $12,500 ($50,000 divided by 4 current Plaintiffs = $12,500), the total amount in controversy is at least $6,250,000 not including pain and suffering and attorneys' fees (500 class members x $12,500 = $6.25 Million).

  e. Sirchie denies all of the factual allegations in the Class Action Complaint. Sirchie also denies that Plaintiffs' purported class is sufficient to meet any of the Fed. R. Civ. P. 23 requirements. However, Plaintiffs allegations are sufficient to meet the standard for removal set forth in ¶2 above.

9. The Summons and Class Action Complaint were served upon Sirchie less than 30 days prior to the filing hereof, on or about August 19, 2021. As such, this Notice of Removal is timely under 28 U.S.C. §1446.

10. The Class Action Complaint is annexed as Ex. A and the Civil Action Cover Sheet is annexed as Ex. B which are the only process, pleadings, or orders served upon Sirchie.

11. Sirchie moved to extend the time to answer the Class Action Complaint on August 31, 2021

with Plaintiffs advising that they do not oppose the motion but the Court has yet to issue a decision on such motion. *See* Sirchie's Motion to Extend annexed as **Exhibit C**.

12. On September 13, 2021, Premier moved to dismiss Plaintiff's Class Action Complaint but the Court has yet to issue a decision on such motion. *See* Premier's Motion to Dismiss annexed as **Exhibit D**.

13. Pursuant to 28 U.S.C. §1446(d), Sirchie is filing with the state court and serving Plaintiffs and Co-Defendants with written notice of this removal. *See* Notice of Filing of Removal annexed as **Exhibit E**. Counsel for DOC and Mici have consented to the removal of this action.

14. In accordance with L.R. 81.1(a), Sirchie will file a copy of this Notice of Removal with the Superior Court of the Commonwealth of Massachusetts, Suffolk County, and will file or cause to be filed with the Clerk of this Court certified or attested copies of the State Court record. *See* Ex. E.

**WHEREFORE**, Defendant Sirchie Acquisition Co. LLC requests that this action proceed as an action removed to this Court.

Respectfully submitted,

**SIRCHIE ACQUISITION CO. LLC**

By its attorneys,

/s/     Kenneth B. Walton
Kenneth B. Walton (BBO No. 562174)
Ken.Walton@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One International Place, Suite 350
Boston, MA 02110
T: 857-313-3950
F: 857-313-3951

Dated: September 14, 2021

## CERTIFICATE OF SERVICE

      I, Kenneth B. Walton, hereby certify that on September 14, 2021, a true and correct copy of the within document was served on all parties via the Electronic Case Filing System.

      /s/    Kenneth B. Walton
      Kenneth B. Walton