UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MASSACHUSETTS DEPARTMENT OF CORRECTION, CAROL MICI, Commissioner of the Massachusetts Department of Correction, in her official capacity, SIRCHIE ACQUISITION CO. LLC, PREMIER BIOTECH, INC., <br><br> Defendants. | Civil Action No. 1:21-cv-11504-GAO |

## NOTICE OF APPEARANCE OF MICHAEL A. DEIULIS ESQ.

Please enter the appearance of Michael A. DeIulis, Esq. as counsel for Defendant Premier Biotech, Inc. in the above-captioned matter.

Respectfully submitted,

PREMIER BIOTECH, INC.
By its attorneys,

*/s/ Michael A. DeIulis*
Shepard Davidson, (BBO#557082)
sdavidson@burnslev.com
Michael A. DeIulis (BBO#691495)
mdeiulis@burnslev.com
BURNS & LEVINSON LLP
125 High Street
Boston, MA 02110
(617) 345-3000

Dated: September 20, 2021

## CERTIFICATE OF SERVICE

    I, Michael A. DeIulis, hereby certify that on September 20, 2021 I served a copy of the foregoing document on counsel of record in this action via CM/ECF:

| | |
|---|---|
| Janet Herold, Esq.<br>Benjamin Elga, Esq.<br>Alice Buttrick, Esq.<br>JUSTICE CATALYST LAW, INC.<br>123 William St., 16th Floor<br>New York, NY 10038<br>jherold@justicecatalyst.org<br>belga@justicecatalyst.org<br>abuttrick@justicecatalyst.org<br>*COUNSEL FOR PLAINTIFFS* | Ellen Leonida, Esq.<br>Matthew Borden, Esq.<br>Christman Rice, Esq.<br>Amber Ashley James, Esq.<br>BRAUNHAGEY & BORDEN LLP<br>351 California Street, 10th Floor<br>San Francisco, CA 94104<br>leonida@braunhagey.com<br>borden@braunhagey.com<br>rice@braunhagey.com<br>james@braunhagey.com<br>*COUNSEL FOR PLAINTIFFS* |
| Lorraine Belostock, Esq.<br>TODD AND WELD LLP<br>1 Federal St, Floor 27<br>Boston, MA 02110<br>lbelostock@toddweld.com<br>*COUNSEL FOR PLAINTIFFS* | Nellie E. Hestin<br>MCGUIRE WOODS LLP<br>Tower Two-Sixty<br>260 Forbes Ave., Suite 1800<br>Pittsburgh, PA 15222<br>nhestin@mcguirewoods.com<br>*COUNSEL FOR SIRCHIE ACQUISTION CO., LLC* |

    */s/ Michael A. DeIulis*
    Michael A. DeIulis (BBO#691495)

4827-7917-1067.1