UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION, CAROL MICI, Commissioner of the Massachusetts Department of Correction, in her official capacity, SIRCHIE ACQUISITION CO. LLC, PREMIER BIOTECH, INC.,<br><br>Defendants. | Civil Action No. 1:21-cv-11504-GAO |

**PREMIER BIOTECH, INC.'S MOTION TO DISMISS
PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM**

Defendant Premier Biotech, Inc. ("Premier Biotech") hereby respectfully moves the Court to dismiss the negligence claim alleged against it in Plaintiffs' Complaint (Count IV) pursuant to Fed. R. Civ. P. 12(b)(6), and to enter separate and final judgment in Premier Biotech's favor pursuant to Fed. R. Civ. P. 54(b). As grounds for this Motion, Premier Biotech states that the allegations in the Complaint fail to state a claim for which relief can be granted because Plaintiffs do not plausibly allege that (a) their alleged harm was caused by Premier Biotech's negligence, or (b) that Premier Biotech breached a duty owed directly to Plaintiffs. In further support of this Motion, Premier Biotech relies upon and incorporates by reference herein, its Memorandum of Law and the Affidavit of Matthew Michalik, submitted herewith.

1

WHEREFORE, Defendant Premier Biotech, Inc. respectfully requests that the Court (i) allows its Motion to Dismiss, (ii) dismiss it from the action with prejudice, (iii) enter separate and final judgment in its favor, and (iv) grant such further relief as the Court deems just and proper.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendant Premier Biotech, Inc. hereby requests oral argument on this Motion, as it believes that oral argument may assist the Court in its consideration of this Motion.

Respectfully submitted,

*/s/ Shepard Davidson*
Shepard Davidson, (BBO#557082)
sdavidson@burnslev.com
Michael A. DeIulis (BBO #691495)
mdeiulis@burnslev.com
BURNS & LEVINSON LLP
125 High Street
Boston, MA 02110
(617) 345-3000


Joseph M. Windler, #0387758 (MN)
jwindler@winthrop.com
*Pro Hac Vice Application Pending*
Devon C. Holstad, #559221 (NY)
dholstad@winthrop.com
*Pro Hac Vice Application Pending*
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400

*Attorneys or Defendant
Premier Biotech, Inc.*

Dated:  September 21, 2021

## L.R. 7.1(a)(2) CERTIFICATION

I, Michael A. DeIulis, hereby certify on this 21st day of September 2021, that I conferred with Plaintiffs' counsel Ellen Leonida, Esq. and Alice Buttrick, Esq. concerning the relief requested in this motion prior to filing. Despite counsels' good-faith efforts, we were unable to resolve or narrow the issues and areas of dispute presented by this Motion.

*/s/ Michael A. DeIulis*
Michael A. DeIulis (BBO#691495)

## CERTIFICATE OF SERVICE

I, Michael A. DeIulis, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 21, 2021.

*/s/ Michael A. DeIulis*
Michael A. DeIulis (BBO#691495)