UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION, CAROL MICI, Commissioner of the Massachusetts Department of Correction, in her official capacity, SIRCHIE ACQUISITION CO. LLC, PREMIER BIOTECH, INC.,<br><br>Defendants. | Civil Action No. 1:21-cv-11504-GAO |

## AFFIDAIVT OF MATTHEW MICHALIK

I, Matthew Michalik, on oath, hereby depose and state as follows:

1.  I am Chief Operating Officer of Premier Biotech, Inc. ("Premier Biotech").

2.  I have read the Complaint filed in the above-captioned matter and I am familiar with the allegations made by Plaintiffs therein.

3.  I make this affidavit in support of *Premier Biotech Inc.'s Motion to Dismiss Plaintiffs' Complaint for Failure to State a Claim*. The statements made herein are based on my personal knowledge and experience, unless stated otherwise.

4.      Premier Biotech is a distributor of products, including the NARK II line of drug testing products, manufactured by Sirchie Acquisition Company, LLC ("Sirchie").

5.      Premier Biotech supplied Sirchie products, specifically the NARK II line of drug testing products, to the Massachusetts Department of Corrections ("DOC"), pursuant to a contract entered into between Premier Biotech and the DOC in or around 2017.

6.      As part of the initial bid submitted by Premier Biotech to the DOC, Premier Biotech provided the DOC with brochures, marketing materials, and other literature related to the NARK product line.

7.      Attached hereto as **Exhibit A** is a true and correct copy of a document entitled "NARK II Brochure" which Premier Biotech provided to the DOC in connection with its bid.

8.      Attached hereto as **Exhibit B** is a true and correct copy of a document entitled "NARK Presumptive Drug Identification" which Premier Biotech provided to the DOC in connection with its bid.

9.      Attached hereto as **Exhibit C** is a true and correct copy of a document entitled "Introduction to NARK Presumptive Drug Analysis" which Premier Biotech provided to the DOC in connection with its bid.

SWORN UNDER THE PENALTIES OF PERJURY, THIS 10th DAY OF SEPTEMBER, 2021.

_____ Notary

BENJAMIN BRIAN ANDERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires 01/31/2026

_____
Matthew Michalik
COO, Premier Biotech, Inc.

## **CERTIFICATE OF SERVICE**

      I, Michael A. DeIulis, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 21, 2021.

                                        */s/ Michael A. DeIulis*
                                        Michael A. DeIulis (BBO#691495)

4815-0270-9498.1