IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated,<br><br>　　*Plaintiffs,*<br><br>v.<br><br>SIRCHIE ACQUISITION CO. LLC, and PREMIER BIOTECH, INC.,<br><br>　　*Defendants.* | Docket No: 1:21-cv-11504 |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF ERIC SCHLABS

Janet Herold, a member of this Court, respectfully moves for the admission *pro hac vice*, of Eric Schlabs as counsel for Plaintiffs Julian Green, Eugene Ivey, James P. McKenna, Lisa Newman-Polk, and the proposed class. In support of this Motion, counsel states as follows:

　　1.　BraunHagey & Borden LLP has been retained to represent Plaintiffs Julian Gree, Eugene Ivey, James P. McKenna, Lisa Newman-Polk, and the proposed class in the above-captioned action. BraunHagey and Borden LLP is located at 7 Times Square, 27th Floor, New York, NY 10036. The telephone number is (646) 829-9403.

　　2.　Eric Schlabs, a BraunHagey & Borden attorney who is resident in BHB's New York office, is a member of the bar in good standing of the Bars of the jurisdictions in which he has been admitted to practice. No disciplinary proceedings are pending against him, nor has he been suspended or disbarred in any jurisdiction. Attorney Schlabs has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

3. In accordance with Local Rule 85.5.3, attached hereto as <u>Exhibit A</u> is the Certification of Attorney Schlabs in support of this Motion.

4. Plaintiffs assent to the filing of this Motion.

WHEREFORE, counsel respectfully requests that this Court:

A. Allow the admission, *pro hac vice*, of Attorney Schlabs; and

B. Grant such other and further relief as is just and proper.

Respectfully submitted,

*/s/ Janet Herold*
Janet Herold
JUSTICE CATALYST LAW
123 William Street, 16th Floor
New York, NY 10038
Tel: (518) 732-6703
herold@justicecatalyst.org