# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> SIRCHIE ACQUISITION CO. LLC, and PREMIER BIOTECH, INC., <br><br> *Defendants.* | Docket No: 1:21-cv-11504 |

**AFFIDAVIT OF ERIC SCHLABS**
**IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

I, Eric Schlabs, declare as follows:

1.     I am an attorney at the law firm of BraunHagey & Borden LLP. I am located in New York, NY. I make this declaration in support of the accompanying motion for leave to appear *pro hac vice*. I have personal knowledge of each of the facts stated below.

2.     My business address is BraunHagey & Borden LLP, 7 Times Square, 27th Floor, New York, NY 10036. My business number is (646) 829-9403. My business email address is schlabs@braunhagey.com.

3.     I am a member of the bar in good standing in every jurisdiction to which I have been admitted to practice, including the New York State Bar.

4.     I have never been suspended or disbarred in any jurisdiction, nor have I been the subject of any professional disciplinary action, nor do I have complaints or other proceedings pending against me before any disciplinary board, commission, court, or bar association. I have

not previously had a *pro hac vice* admission to this Court (or any other admission to this Court) revoked for misconduct.

    5.    I have reviewed and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

    **SIGNED UNDER THE PENALTY OF PERJURY ON OCTOBER 4, 2021.**

Respectfully submitted,

*/s/ Eric Schlabs*

Eric Schlabs
BraunHagey & Borden LLP
7 Times Square, 27th Floor
New York, NY 10036
Tel: (646) 829-9403
schlabs@braunhagey.com