IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION, CAROL MICI, Commissioner of the Department of Correction, in her official capacity, SIRCHIE ACQUISITION CO. LLC, PREMIER BIOTECH, INC.,<br><br>                Defendants. | Case No. 1:21-cv-11504<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Julian Green, Eugene Ivey, James P. McKenna, and Lisa Newman-Polk, on behalf of themselves and those similarly situated, and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, as against Defendants Massachusetts Department of Correction and Carol Mici, Commissioner of the Department of Correction, in her official capacity.

Dated:  October 4, 2021

Respectfully submitted,

 /s/ Janet Herold
Janet Herold (BBO No. 632479)
Benjamin Elga (BBO No. 697933)
**Justice Catalyst Law, Inc**.
123 William St., 16th Floor
New York, NY 10038
Tel: (518) 732-6703
jherold@justicecatalyst.org
belga@justicecatalyst.org

Ellen Leonida*
Matthew Borden*
Christman Rice*
Eric Schlabs*
**BraunHagey & Borden LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel. & Fax: (415) 599-0210
leonida@braunhagey.com
borden@braunhagey.com
rice@braunhagey.com
schlabs@braunhagey.com

Max D. Stern (BBO No. 479560)
Lorraine Belostock (BBO No. 692183)
**Todd & Weld LLP**
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 720-2626
mdstern@toddweld.com
lbelostock@toddweld.com

*Attorneys for Plaintiffs Julian Green, Eugene Ivey, James P. McKenna, and Lisa Newman-Polk and the Classes*

* *Pro hac vice* applications pending