# EXHIBIT B



**Justice Catalyst Law**
Sparking Collaborations for Justice

July 22, 2021

Premier Biotech, Inc.
723 Kasota Ave. SE
Minneapolis, MN 55414

Registered Agent Solutions, Inc.
44 School Street Suite 505
Boston, MA 02108

***Re: Premier Biotech's Violations of the Massachusetts Consumer Protection Act, M.G.L. ch. 93A***

To whom it may concern,

We represent James P. McKenna and Julian Green, acting on behalf of classes of all others similarly situated, concerning Premier Biotech, Inc.'s ("Premier Biotech") violations of the Massachusetts Consumer Protection Act, Massachusetts General Laws, Chapter 93A.

Section 93A instructs that a claim filed in Court for relief under that statute must be preceded by a demand letter only if the entity has both a place of business and assets within Massachusetts. *See* M.G.L. ch. 93A, § 9(3). After diligent inquiry, we were unable to identify a place of business and/or assets maintained by Premier Biotech in Massachusetts, so a demand letter is not required by statute.[1] Nevertheless, in the interest of giving Premier Biotech an opportunity to resolve the concerns of our clients, including ceasing and desisting from violations immediately, we make this written demand in compliance with the procedure set forth in Section 93A.

Premier Biotech has a contract to sell the Massachusetts Department of Corrections ("DOC") drug testing products, including tests produced by Sirchie Acquisitions Co. ("Sirchie"). Premier Biotech sells the DOC Sirchie field tests, including but not limited to Sirchie "synthetic cannabinoid" tests. Premier Biotech has engaged in unfair and deceptive practices related to the sale of these tests the DOC, as the tests have unacceptably high false positive and/or false negative rates and fail to meet minimum product reliability standards, including those specified by the DOC.

James McKenna, a criminal defense attorney residing in Massachusetts, was falsely accused in August 2018 of sending synthetic cannabinoids to his client incarcerated within the Massachusetts DOC based on a false positive finding from a Sirchie test Premier Biotech sold to the DOC. He suffered both reputational and direct monetary harm and damages as a result.

---

[1] If Premier Biotech does, in fact, maintain a place of business and assets within Massachusetts, please provide us with that information and support for those facts.

Julian Green is currently incarcerated at MCI-Norfolk. In November 2019, Mr. Green was falsely accused of receiving synthetic cannabinoids on his legal mail based on a false positive finding from a Sirchie test Premier Biotech sold to the DOC. He suffered serious punishment and harm as a result.

Premier Biotech's violations of the Massachusetts Consumer Protection Act include but not are limited to:

a) Selling an unreliable and/or defective drug-testing product to the DOC with an unacceptably high false positive and/or false negative rate;

b) Failing to provide adequate or complete disclosures and warnings along with Sirchie field tests, including specifically disclosing to the DOC the high incidence of false positives generated by Sirchie field tests; and

c) Providing false, misleading, incomplete and/or inadequate statements, instructions, and training materials about the capabilities of the Sirchie tests, including but not limited to Sirchie "NARK" tests, for use by the DOC to "identify" accurately or reliably the presence of drugs, including synthetic cannabinoids.

As a result of Premier Biotech's commercial conduct, Mr. McKenna and Mr. Green and the respective classes of legal professionals and incarcerated persons similarly situated to them have suffered substantial damages and injuries, flowing from the accusations and punishments—including the imposition of serious confinement and interference with the exercise of protected constitutional rights of access to counsel—imposed on them from the foreseeable deficiencies and inadequacies of Sirchie field tests sold by Premier Biotech. Premier Biotech is liable for these unfair and deceptive practices.

On behalf of Mr. McKenna and Mr. Green and the classes of persons similarly situated to them, we request relief for the harms they have suffered. We specifically request that Premier Biotech immediately cease and desist from selling or providing Sirchie field test products to the DOC or any other law enforcement agency or entity in Massachusetts.

We will consider meaningful offers within thirty days of your receipt of this demand letter to redress the injuries described herein and prevent future violations and harm. Section 93A provides that relief for violations may include treble damages, costs, and reasonable attorneys' fees.  M.G.L. ch. 93A, § 9.

We look forward to hearing from you.

Sincerely,

Alice Buttrick
Justice Catalyst Law, Inc.
123 William St., 16th Floor
New York, NY 10038
(646) 899-1527 tel.
abuttrick@justicecatalyst.org

3