IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SIRCHIE ACQUISITION CO. LLC, and PREMIER BIOTECH, INC.,<br><br>*Defendants*. | Case No. 1:21-cv-11504 |

## NOTICE OF APPEARANCE OF CHRISTMAN RICE, ESQ.

Please enter the appearance of Christman Rice, Esq., as counsel for Plaintiffs Julian Green, Eugene Ivey, James P. McKenna, and Lisa Newman-Polk, individually and on behalf of all others similarly situated, in the above-captioned matter.

Dated: October 7, 2021                                    Respectfully submitted,

**BRAUNHAGEY & BORDEN LLP**

*/s/ Christman Rice*
Christman Rice
BRAUNHAGEY & BORDEN LLP
7 Times Square, 27th Floor
New York, NY 10036
Tel: (646) 829-6524
Email: rice@braunhagey.com

*Attorneys for Plaintiffs for Julian Green, Eugene Ivey, James P. Mckenna, and Lisa Newman-Polk, individually and on behalf of all others similarly situated*

## **CERTIFICATE OF SERVICE**

I, Christman Rice, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 7, 2021.

*/s/  Christman Rice*
Christman Rice