IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SIRCHIE ACQUISITION CO. LLC, and PREMIER BIOTECH, INC.,<br><br>*Defendants*. | Case No. 1:21-cv-11504 |

## NOTICE OF APPEARANCE OF ELLEN LEONIDA, ESQ.

Please enter the appearance of Ellen Leonida, Esq., as counsel for Plaintiffs Julian Green, Eugene Ivey, James P. McKenna, and Lisa Newman-Polk, individually and on behalf of all others similarly situated, in the above-captioned matter.

Dated: October 7, 2021                              Respectfully submitted,

**BRAUNHAGEY & BORDEN LLP**

*/s/ Ellen Leonida*
Ellen Leonida
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Tel: (415) 599-0210
Email: leonida@braunhagey.com

*Attorneys for Plaintiffs for Julian Green, Eugene Ivey, James P. Mckenna, and Lisa Newman-Polk, individually and on behalf of all others similarly situated*

## **CERTIFICATE OF SERVICE**

I, Ellen Leonida, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 7, 2021.

*/s/ Ellen Leonida*
Ellen Leonida