## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated,<br><br>  *Plaintiffs*,<br><br>v.<br><br>SIRCHIE ACQUISITION CO. LLC, and PREMIER BIOTECH, INC.,<br><br>  *Defendants*. | Case No. 1:21-cv-11504 |

### NOTICE OF APPEARANCE OF MATTHEW BORDEN, ESQ.

Please enter the appearance of Matthew Borden, Esq., as counsel for Plaintiffs Julian Green, Eugene Ivey, James P. McKenna, and Lisa Newman-Polk, individually and on behalf of all others similarly situated, in the above-captioned matter.

Dated: October 7, 2021                                             Respectfully submitted,

**BRAUNHAGEY & BORDEN LLP**

/s/ Matthew Borden
Matthew Borden
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Tel: (415) 599-0210
Email: borden@braunhagey.com

*Attorneys for Plaintiffs for Julian Green, Eugene Ivey, James P. Mckenna, and Lisa Newman-Polk, individually and on behalf of all others similarly situated*

**CERTIFICATE OF SERVICE**

I, Matthew Borden, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 7, 2021.

*/s/ Matthew Borden*