UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIRCHIE ACQUISITION CO. LLC, and PREMIER BIOTECH, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 21-11504<br>)<br>)<br>)<br>)<br>)<br>) |

## SIRCHIE ACQUISITION CO. LLC'S MOTION TO DISMISS

Defendant Sirchie Acquisition Co. LLC ("Defendant" or "Sirchie") hereby respectfully moves the Court to dismiss Plaintiffs Julian Green, Eugene Ivey, James P. McKenna and Lisa Newman-Polk's (collectively, "Plaintiffs") First Amended Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(1), (6) and also requests entry of final and separate judgment in favor of Sirchie pursuant to Fed. R. Civ. P. 54(b). In support of this motion, Sirchie relies on the accompanying Memorandum.

**WHEREFORE**, Sirchie respectfully requests that the Court:

a. Grant this motion, in its entirety, and dismiss Plaintiffs' First Amended Class Action Complaint, without leave to amend;

b. Enter separate and final judgment in its favor; and

c. Grant to Sirchie such other relief as the Court deems just and proper.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Sirchie hereby requests oral argument on this Motion, as it believes that oral argument may assist the Court in its consideration of this Motion.

                                                Respectfully submitted,

                                                **SIRCHIE ACQUISITION CO. LLC**
                                                By its attorneys,

                                                /s/      Kenneth B. Walton
                                                Kenneth B. Walton (BBO No. 562174)
                                                Ken.Walton@lewisbrisbois.com
                                                **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                                                One International Place, Suite 350
                                                Boston, MA 02110
                                                T: 857-313-3950
                                                F: 857-313-3951

Dated: October 8, 2021

## CERTIFICATE OF SERVICE

      I, Kenneth B. Walton, hereby certify that on October 8, 2021, a true and correct copy of the within document was served on all parties via the Electronic Case Filing System.

      /s/   Kenneth B. Walton
      Kenneth B. Walton