UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION, CAROL MICI, Commissioner of the Massachusetts Department of Correction, in her official capacity, SIRCHIE ACQUISITION CO. LLC, PREMIER BIOTECH, INC.,<br><br>Defendants. | Civil Action No. 21-11504 |

## DEFENDANT SIRCHIE ACQUISITION CO. LLC'S
## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Kenneth B. Walton, hereby certify that counsel for Defendant Sirchie Acquisition Co. LLC ("Defendant") conferred with counsel for Plaintiffs Julian Green, Eugene Ivey, James P. McKenna, and Lisa Newman-Polk (collectively, "Plaintiffs") in a good faith effort to resolve or narrow the issues presented in this motion on October 8, 2021. The parties were not able to resolve or narrow the issues presented in this motion.

                Respectfully submitted,

                **SIRCHIE ACQUISITION CO. LLC**
                By its attorneys,

                /s/       Kenneth B. Walton
                Kenneth B. Walton (BBO No. 562174)
                Ken.Walton@lewisbrisbois.com
                **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                One International Place, Suite 350
                Boston, MA 02110
                T: 857-313-3950
                F: 857-313-3951

Dated: October 8, 2021

## **CERTIFICATE OF SERVICE**

      I, Kenneth B. Walton, hereby certify that on October 8, 2021, a true and correct copy of the within document was served on all parties via the Electronic Case Filing System.

                      /s/   Kenneth B. Walton
                      Kenneth B. Walton