# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>SIRCHIE ACQUISITION CO. LLC, and PREMIER BIOTECH, INC.,<br><br>*Defendants.* | Case No. 1:21-cv-11504 |

## NOTICE OF APPEARANCE OF ERIC SCHLABS, ESQ.

Please enter the appearance of Eric Schlabs, Esq. as counsel for Plaintiffs Julian Green, Eugene Ivey, James P. McKenna, and Lisa Newman-Polk, individually and on behalf of all others similarly situated, in the above-captioned matter.

Dated: October 11, 2021

Respectfully submitted,

**BRAUNHAGEY & BORDEN LLP**

*/s/ Eric Schlabs*
Eric Schlabs
BRAUNHAGEY & BORDEN LLP
7 Times Square, 27th Floor
New York, NY 10036
Tel: (646) 829-6524
Email: schlabs@braunhagey.com

*Attorneys for Plaintiffs for Julian Green, Eugene Ivey, James P. Mckenna, and Lisa Newman-Polk, individually and on behalf of all others similarly situated*

## **CERTIFICATE OF SERVICE**

    I, Eric Schlabs, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 11, 2021.

                                                */s/  Eric Schlabs*
                                                Eric Schlabs