UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated,<br><br>                         Plaintiffs,<br><br>v.<br><br>SIRCHIE ACQUISITION CO. LLC, PREMIER BIOTECH, INC.,<br><br>                         Defendants. | Civil  Action  No.  1:21-cv-11504-GAO |

**PREMIER BIOTECH, INC.'S MOTION TO DISMISS
PLAINTIFFS' AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

Defendant Premier Biotech, Inc. ("Premier Biotech") hereby respectfully moves the Court to dismiss the Counts II and IV alleged against it in Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6), and to enter separate and final judgment in Premier Biotech's favor pursuant to Fed. R. Civ. P. 54(b).  As grounds for this Motion, Premier Biotech states that Plaintiffs lack standing to bring their allegations and that the allegations in the Amended Complaint fail to state a claim for which relief can be granted because Plaintiffs do not plausibly allege (a) that their alleged harm was caused by Premier Biotech's negligence, (b) that Premier Biotech breached a duty owed directly to Plaintiffs, and (c) that Plaintiffs have not adequately alleged a violation of c. 93A.  In further support of this Motion, Premier Biotech relies upon and incorporates by reference herein, its Memorandum of Law and the Affidavit of Matthew Michalik, dated September 10, 2021, and filed as Docket #14, including the exhibits included with said Affidavit, filed as Docket #14-1, #14-2, and #14-3.

WHEREFORE, Defendant Premier Biotech, Inc. respectfully requests that the Court (i) allows its Motion to Dismiss, (ii) dismiss it from the action with prejudice as to all counts against it, (iii) enter separate and final judgment in its favor, and (iv) grant such further relief as the Court deems just and proper.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendant Premier Biotech, Inc. hereby requests oral argument on this Motion, as it believes that oral argument may assist the Court in its consideration of this Motion.

Respectfully submitted,

Dated:  October 18, 2021

*s/ Joseph M. Windler*
Joseph M. Windler, #0387758 (MN)
jwindler@winthrop.com
*Admitted Pro Hac Vice*
Devon C. Holstad, #559221 (NY)
dholstad@winthrop.com
*Admitted Pro Hac Vice*
WINTHROP & WEINSTINE, P.A.
225 South Sixth Street Suite 3500
Minneapolis, Minnesota 55402
(612) 604-6400

and

Shepard Davidson (BBO#557082)
sdavidson@burnslev.com
Michael A. DeIulis (BBO#691495)
mdeiulis@burnslev.com
BURNS & LEVINSON LLP
125 High Street
Boston, MA 02110
(617) 345-3000

*Attorneys for Defendant*
*Premier Biotech, Inc.*

## L.R. 7.1(a)(2) CERTIFICATION

I, Joseph M. Windler, hereby certify on this 18th day of October 2021, that I conferred with Plaintiffs' counsel Ellen Leonida, Esq. and Christman Rice, Esq. concerning the relief requested in this motion prior to filing.  Despite counsels' good-faith efforts, we were unable to resolve or narrow the issues and areas of dispute presented by this Motion.

*s/ Joseph M. Windler*
Joseph M. Windler, #0387758 (MN)
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Joseph M. Windler, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 18, 2021.

*s/ Joseph M. Windler*
Joseph M. Windler, #0387758 (MN)
*Admitted Pro Hac Vice*