IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs,*<br><br>v.<br><br>SIRCHIE ACQUISITION CO. LLC, and PREMIER BIOTECH, INC.,<br><br>    *Defendants.* | Docket No: 1:21-cv-11504 |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF SARAH SALOMON

Janet Herold, a member of this Court, respectfully moves for the admission *pro hac vice*, of Sarah Salomon as counsel for Plaintiffs Julian Green, Eugene Ivey, James P. McKenna, Lisa Newman-Polk, and the proposed class. In support of this Motion, counsel states as follows:

1.    BraunHagey & Borden LLP has been retained to represent Plaintiffs Julian Green, Eugene Ivey, James P. McKenna, Lisa Newman-Polk, and the proposed class in the above-captioned action. BraunHagey & Borden LLP is located at 351 California Street, 10th Floor, San Francisco, CA 94104. The telephone number is (415) 599-0210.

2.    Sarah Salomon, a BraunHagey & Borden attorney who is resident in BHB's San Francisco office, is a member of the bar in good standing of the Bars of the jurisdictions in which she has been admitted to practice. No disciplinary proceedings are pending against her, nor has she been suspended or disbarred in any jurisdiction. Attorney Salomon has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

3.      In accordance with Local Rule 85.5.3, attached hereto as <u>Exhibit A</u> is the Certification of Attorney Salomon in support of this Motion.

4.      Plaintiff assents to the filing of this Motion.

WHEREFORE, counsel respectfully requests that this Court:

A.      Allow the admission, *pro hac vice*, of Attorney Salomon; and

B.      Grant such other and further relief as is just and proper.

 

Respectfully submitted,

*/s/ Janet Herold*
Janet Herold
JUSTICE CATALYST LAW
123 William Street, 16th Floor
New York, NY 10038
Tel: (646) 877-4510
jherold@justicecatalyst.org