# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs,*<br><br>v.<br><br>SIRCHIE ACQUISITION CO. LLC, and PREMIER BIOTECH, INC.,<br><br>    *Defendants.* | Docket No: 1:21-cv-11504 |

## AFFIDAVIT OF SARAH SALOMON
## IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

I, Sarah Salomon, declare as follows:

1. I am an attorney at the law firm of BraunHagey & Borden LLP. I am located in San Francisco, CA. I make this declaration in support of the accompanying motion for leave to appear *pro hac vice*. I have personal knowledge of each of the facts stated below.

2. My business address is BraunHagey & Borden LLP, 351 California Street, 10th Floor, San Francisco, CA 94104. My business number is (415) 599-0210. My business email address is salomon@braunhagey.com.

3. I am a member of the bar in good standing in every jurisdiction to which I have been admitted to practice, including the California State Bar.

4. I have never been suspended or disbarred in any jurisdiction, nor have I been the subject of any professional disciplinary action, nor do I have complaints or other proceedings pending against me before any disciplinary board, commission, court, or bar association. I have

not previously had a *pro hac vice* admission to this Court (or any other admission to this Court) revoked for misconduct.

5. I have reviewed and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**SIGNED UNDER THE PENALTY OF PERJURY ON DECEMBER 16, 2021.**

Respectfully submitted,

*/s/ Sarah Salomon*
Sarah Salomon
BraunHagey & Borden LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Tel: (415) 599-0210
salomon@braunhagey.com