UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION, CAROL MICI, Commissioner of the Massachusetts Department of Correction, in her official capacity, SIRCHIE ACQUISITION CO. LLC, PREMIER BIOTECH, INC.,<br><br>Defendants. | Civil Action No. 1:21-cv-11504-GAO |

## STIPULATION TO STAY DISCOVERY

Plaintiffs, Julian Green, et al. ("Plaintiffs") and Defendant Premier Biotech, Inc. ("Premier Biotech") (collectively, the "Parties"), hereby agree and stipulate that the time period by which Premier Biotech is required to respond to Plaintiffs' discovery requests is stayed pending the Court's ruling on Premier Biotech's Motion to Dismiss for Failure to State a Claim ("Motion to Dismiss"). (Dkt. #41). Pursuant to this stipulation, Premier Biotech shall serve its responses to Plaintiffs' discovery requests propounded pursuant to Fed. R. Civ. P. 33 and 34 within thirty (30) days of the Court's issuance of a decision on Premier Biotech's Motion to Dismiss.

In support of this stipulation, the Parties state that Court previously cancelled the scheduling conference set for October 20, 2021, and, at present, there is no scheduling order in place. The Parties agree that the requested stay is reasonable in length, will not unduly delay this action, and will not prejudice any of the Parties.

Respectfully submitted,

*/s/ Ellen Leonida*  
Ellen Leonida, Esq.  
Matthew Borden, Esq.  
Christman Rice, Esq.  
Eric Schlabs, Esq.  
BRAUNHAGEY & BORDEN LLP  
351 California Street, 10th Floor  
San Francisco, CA 94104  
Tel. & Fax: (415) 599-0210  
leonida@braungagey.com  
borden@braunhagey.com  
rice@braunhagey.com  
schlabs@braunhagey.com  

Janey Herold (BBO No. 632479)  
Benjamin Elga (BBO No. 697933)  
Justice Catalyst Law, Inc.  
123 William St., 16th Floor  
New York, NY 10038  
Tel: (518) 732-6703  
jherold@justicecatalyst.org  
belga@justicecatalyst.org  

Max D. Stern (BBO No. 479560)  
Lorraine Belostock (BBO No. 692183)  
TODD & WELD LLP  
One Federal Street, 27th Floor  
Boston, MA 02110  
Tel: (617) 20 2626  
mdstern@toddweld.com  
lbelostock@toddweld.com  

*Attorneys for Plaintiffs Julian Green, Eugene Ivey, James P. McKenna, and Lisa Newman-Polk and the Classes*

*/s/ Michael A. DeIulis*  
Shepard Davidson, (BBO#557082)  
sdavidson@burnslev.com  
Michael A. DeIulis (BBO#691495)  
mdeiulis@burnslev.com  
BURNS & LEVINSON LLP  
125 High Street  
Boston, MA 02110  
(617) 345-3000  


Joseph M. Windler, #0387758 (MN)  
jwindler@winthrop.com  
*Pro Hac Vice*  
Devon C. Holstad, #559221 (NY)  
dholstad@winthrop.com  
*Pro Hac Vice*  
WINTHROP & WEINSTINE, P.A.  
225 South Sixth Street Suite 3500  
Minneapolis, Minnesota 55402  
(612) 604-6400  

*Attorneys for Defendant Premier Biotech, Inc.*

Dated:  December 20, 2021

## L.R. 7.1(a)(2) CERTIFICATION

I, Michael A. DeIulis, hereby certify on this 20th day of December, 2021 that I conferred with Plaintiffs' counsel Ellen Leonida, Esq. and Eric Schlabs, Esq. concerning the relief requested in this Stipulation prior to filing.

*/s/ Michael A. DeIulis*
Michael A. DeIulis (BBO#691495)

## CERTIFICATE OF SERVICE

I, Michael A. DeIulis, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 20, 2021.

*/s/ Michael A. DeIulis*
Michael A. DeIulis (BBO#691495)