IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>SIRCHIE ACQUISITION CO. LLC, and PREMIER BIOTECH, INC.,<br><br>    *Defendants*. | Case No. 1:21-cv-11504 |

## NOTICE OF APPEARANCE OF SARAH SALOMON, ESQ.

Please enter the appearance of Sarah Salomon, Esq. as counsel for Plaintiffs Julian Green, Eugene Ivey, James P. McKenna, and Lisa Newman-Polk, individually and on behalf of all others similarly situated, in the above-captioned matter.

Dated: December 21, 2021

Respectfully submitted,

**BRAUNHAGEY & BORDEN LLP**

/s/ Sarah Salomon
Sarah Salomon
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Tel: (415)599-0210
Email: salomon@braunhagey.com

*Attorneys for Plaintiffs for Julian Green, Eugene Ivey, James P. Mckenna, and Lisa Newman-Polk, individually and on behalf of all others similarly situated*

## **CERTIFICATE OF SERVICE**

I, Sarah Salomon, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 21, 2021.

/s/ *Sarah Salomon*
Sarah Salomon