IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>SIRCHIE ACQUISITION CO. LLC and PREMIER BIOTECH, INC.,<br><br>      Defendants. | Case No. 1:21-cv-11504 |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

  Plaintiffs respectfully submit this notice of supplemental authority to advise the Court of a recent order by the Massachusetts Superior Court in *Julian Green, et al. v. Massachusetts Department of Correction, et al.*, No. 2184CV02283-C ("*Green v. DOC*") that addresses certain issues raised in the pending motions to dismiss the instant action by Defendants Sirchie Acquisition Co., LLC ("Sirchie"), and Premier Biotech, Inc ("Premier Biotech").

  *Green v. DOC* concerns a challenge to the use of Defendant Sirchie's NARK 20023 tests by the Massachusetts Department of Correction (the "DOC") under the Massachusetts Civil Rights Act. On October 4, 2021, plaintiffs in *Green v. DOC* moved for a temporary restraining order and preliminary injunction preventing the DOC from taking punitive or disciplinary action against incarcerated people based on a "positive" NARK 20023 test result. The Honorable Brian A. Davis granted that motion in an order dated November 30, 2021, finding that the "unreliable NARK II tests" provided "patently unreliable test data" that, at best, was "only marginally better than a coin-flip, and exponentially worse than the false positive rate that DOC itself has indicated is acceptable." (*See* Exhibit A, *Memorandum of Decision and Order Regarding Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Docket Entry No. 3), and Defendants' Motion to Stay (Docket Entry No. 12)*, at 8, 9, 10.) Based on that finding, Judge Davis

1

ordered that the DOC is "enjoined and restrained from imposing any punitive, disciplinary, or other measures against incarcerated persons in the custody of DOC based solely on 'positive' NARK 20023 test results." (*Id.* at 12.)

Sirchie and Premier Biotech's motions for dismissal in the instant action each rely, in part, on assertions regarding the efficacy of the NARK 20023 tests and the truth of their statements concerning the reliability and accuracy of those tests. (*See, e.g., Memorandum in Support of Sirchie Acquisition Co., LLC's Motion to Dismiss* (ECF No. 35), at 2-3 (defending Sirchie's advertisement of the NARK 20023 tests as capable of "presumptive identification" of synthetic cannabinoids); *Premier Biotech, Inc.'s Memorandum of Law in Support of Its Motion to Dismiss Plaintiffs' Amended Complaint for Failure to State a Claim* (ECF No. 42), at 2, 10 (same).) Those arguments rely on matters outside the pleadings, and the Court should not consider them when ruling on the pending motions to dismiss. But to the extent the Court does consider those assertions, Judge Davis's well-reasoned order in *Green v. DOC* makes clear that they are factually false. For this additional reason, Sirchie and Premier Biotech's claims regarding the efficacy of the NARK 20023 tests cannot support dismissal.

For these reasons and for all the reasons laid out in Plaintiffs' opposition briefs, the Court should deny the pending motions to dismiss in full.

Dated:  January 6, 2022

Respectfully submitted,

**BRAUNHAGEY & BORDEN LLP**

*/s/ Ellen Leonida*
Ellen Leonida
Matthew Borden
Christman Rice
Eric Schlabs
Sarah Salomon
351 California Street, 10th Floor
San Francisco, CA 94104
Tel. & Fax: (415) 599-0210
leonida@braunhagey.com
borden@braunhagey.com
rice@braunhagey.com
schlabs@braunhagey.com
salomon@braunhagey.com

Janet Herold (BBO No. 632479)
Benjamin Elga (BBO No. 697933)
**Justice Catalyst Law, Inc**.
123 William St., 16th Floor
New York, NY 10038
Tel: (518) 732-6703
jherold@justicecatalyst.org
belga@justicecatalyst.org

Max D. Stern (BBO No. 479560)
Lorraine Belostock (BBO No. 692183)
**Todd & Weld LLP**
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 720-2626
mdstern@toddweld.com
lbelostock@toddweld.com

*Attorneys for Plaintiffs Julian Green, Eugene Ivey, James P. McKenna, and Lisa Newman-Polk and the Classes*

3

## CERTIFICATE OF SERVICE

I, Ellen Leonida, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 6, 2022.

*/s/ Ellen Leonida*
Ellen Leonida