IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN GREEN and EUGENE IVEY, individually and on behalf of all other similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>SIRCHIE ACQUISITION CO. LLC, and PREMIER BIOTECH, INC.,<br><br>*Defendants.* | Case No. 1:21-cv-11504-GAO (JDH)<br><br>**JOINT STATUS REPORT** |

The parties respectfully submit the following joint status report Pursuant to Magistrate Judge Hedges' Order dated February 27, 2025 regarding mediation. This report was prepared in consultation with counsel for non-party Massachusetts Department of Correction ("MADOC"), who stated that she had no objection to the contents of this report or the Parties filing this report. The Parties, to include the Plaintiffs, Sirchie Acquisition Co., LLC and Premier Biotech, Inc. participated in a full day mediation on April 16, 2025 before Attorney Carmin Reiss. The mediation concluded without achieving a settlement of this matter.

155970631.1

Respectfully Submitted for the Parties by their respective counsel:

By: /s/ Kory DeClark
Kory DeClark*
Matthew Borden*
Christman Rice*
**BraunHagey & Borden LLP**
747 Front Street, 4th Floor
San Francisco, CA 94111
Tel.: (415) 599-0210
declark@braunhagey.com
borden@braunhagey.com
rice@braunhagey.com

Janet Herold (BBO No. 632479)
**Justice Catalyst Law, Inc.**
40 Rector Street, Floor 9
New York, NY 10006
Tel: (518) 732-6703
jherold@justicecatalyst.org

**ATTORNEYS FOR PLAINTIFFS**

By: /s/ Michael E. Coghlan
Michael E. Coghlan (BBO No. 648540)
Kenneth B. Walton (BBO No. 562174)
**Lewis Brisbois Bisgaard & Smith LLP**
One Citizens Plaza, Suite 1120
Providence, RI 02110
Tel: (401) 406-3318
michael.coghlan@lewisbrisbois.com
ken.walton@lewisbrisbois.com

**ATTORNEYS FOR DEFENDANT
SIRCHIE ACQUISITION CO. LLC**

By: /s/ Claire Barlow
Nathan Marcusen, Esq.*
Claire Barlow, Esq.*
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1600 Utica Ave. S., Suite 750
Minneapolis, MN 55416
Tel: (612) 464-4500
Fax: (612) 255-0739
Nathan.marcusen@nelsonmullins.com
Claire.barlow@nelsonmullins.com

Lyndsey A. Stults (BBO #687958)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
One Financial Center, Suite 3500
Boston, MA 02111
Telephone: 617.217.4700
Facsimile: 617.217.4710
Lyndsey.stults@nelsonmullins.com
**ATTORNEYS FOR DEFENDANT
PREMIER BIOTECH, INC.**

*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

      I, Michael E. Coghlan, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February April 21, 2025 with a copy sent to counsel for MADOC via email at: heidi.handler@doc.state.ma.us.

                                                            */s/ Michael E. Coghlan*
                                                              Michael E. Coghlan