UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIAN GREEN, EUGENE IVEY, JAMES P. MCKENNA, and LISA NEWMAN-POLK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SIRCHIE ACQUISITION CO. LLC, PREMIER BIOTECH, INC.,<br><br>Defendants. | Civil Action No. 1:21-cv-11504-GAO<br><br>**DEFENDANT PREMIER BIOTECH, INC.'S MOTION TO COMPEL DISCOVERY FROM MADOC** |

Defendant Premier Biotech, Inc. moves the Court to compel discovery from the Massachusetts Department of Corrections pursuant to Fed. R. Civ. P. 45. In further support of this Motion, Premier relies upon and incorporates by reference herein, its Memorandum of Law and the Declaration of Claire Barlow, submitted herewith.

**Request for Oral Argument**

Premier respectfully requests oral argument on this Motion to respond to any arguments raised by MADOC in any opposition it may file and to address any questions that the Court may have.

**Certification of Compliance with Local Rule 37.1**

Premier hereby certifies pursuant to District of Massachusetts Local Rule 37.1(b) that it complied with the provisions of Local Rule 37.1.

By: */s/Claire C. Barlow*
    Nathan Marcusen, Esq.*
    Claire Barlow, Esq.*
    **NELSON MULLINS RILEY &**
    **SCARBOROUGH LLP**
    1600 Utica Ave. S., Suite 600
    Minneapolis, MN 55416
    Tel: (612) 464-4500
    Fax: (612) 255-0739
    Nathan.marcusen@nelsonmullins.com
    Claire.barlow@nelsonmullins.com

    Lyndsey A. Stults (BBO #687958)
    **NELSON MULLINS RILEY &**
    **SCARBOROUGH LLP**
    One Financial Center, Suite 3500
    Boston, MA 02111
    Telephone: 617.217.4700
    Facsimile: 617.217.4710
    Lyndsey.stults@nelsonmullins.com

    **ATTORNEYS FOR DEFENDANT PREMIER BIOTECH, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served upon all counsel of record via the CM/ECF System.

Dated:   April 28, 2025                         */s/Claire C. Barlow*